# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

JAMES ANTHONY WILLIAMS,

        Plaintiff,

v.

STEPHEN SINCLAIR, et al.,

        Defendants.

Case No. 3:19-cv-05045-BHS-TLF

ORDER GRANTING RELIEF FROM PRO BONO APPOINTMENT

This matter comes before the Court on the motions of both of plaintiff's appointed pro bono counsel for relief from their respective appointments. Dkts. 53, 55.

Both counsel seek relief pursuant to Rule 2(a)(ii) and (iii) of the Rules Governing Pro Bono Panel ("Pro Bono Rules"), which provides for relief from an order of appointment if:

> (ii) a personal incompatibility exists between the attorney and the party; [or] (iii) a substantial disagreement exists between the attorney and the party on litigation strategy.

Pro Bono Rule 2(a).

Both counsel assert that good cause exists under these provisions and that professional considerations pursuant to Pro Bono Rule 2 make it appropriate to seek leave to withdraw. Dkts. 53, 55. The Court finds that good cause exists to permit relief from the appointment outside of the 20-day period prescribed by Pro Bono Rule 2(c). The Court, pursuant to the discretion provided in Pro Bono Rule 2(d), will not issue a

ORDER GRANTING RELIEF FROM PRO BONO
APPOINTMENT - 1

further order of appointment. Plaintiff shall be permitted to proceed in this matter pro se if he is unable to find replacement counsel.

It is not clear whether the parties have been provided with notice of counsel's withdrawal as required by LCR 83.2. In order to ensure that all parties receive the notice to which they are entitled, counsel shall file a motion to withdraw pursuant to LCR 83.2(b). In order to provide time for an orderly withdrawal, and for plaintiff to search for new counsel, the Court suspends the current case schedule and will issue a new schedule after the withdrawal process is complete.

It is therefore ORDERED as follows:

1. Plaintiff's counsel, Lynne Wilson and Curt W. Schultz, are granted relief from their pro bono appointments in this case; counsel shall file motions to withdraw including the notices required by LCR 83.2;
2. Plaintiff is granted permission to proceed in this matter pro se if he is unable to find replacement counsel;
3. All remaining deadlines set by the case schedule in this case (Dkt. 46, as amended by Dkt. 51) are suspended. The Court will issue a new case schedule after the withdrawal process is complete.

Dated this 26th day of May, 2021.

Theresa L. Fricke
United States Magistrate Judge

ORDER GRANTING RELIEF FROM PRO BONO
APPOINTMENT - 2