UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES ANTHONY WILLIAMS, <br><br> Plaintiff, <br> v. <br><br> STEPHEN SINCLAIR, et al., <br><br> Defendants. | CASE NO. 3:19-cv-05045-DGE-TLF <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke. (Dkt. No. 101.) Plaintiff has not objected to Judge Fricke's R&R.

Accordingly, the Court, having reviewed the R&R of the Honorable Theresa L. Fricke, objections to the R&R, if any, and the remaining record, does hereby find and ORDER:

(1)   The Court adopts the Report and Recommendation;

(2)   Plaintiff's motions to file overlength briefs (Dkt. Nos. 90 and 92) and motion for leave to file a "status report" (Dkt. No. 98) are GRANTED;

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

(3)  Plaintiff's first motion for access to documents (Dkt. No. 72), motion to suspend case deadlines (Dkt. No. 75), and motion for an extension of time to file a reply brief (Dkt. No. 90-1) are DENIED as moot; and

(4)  Plaintiff's motion to require grievance processing (Dkt. No. 91) is DENIED.

Dated this 24th day of February 2022.

David G. Estudillo
United States District Judge