UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES ANTHONY WILLIAMS,<br><br>                    Plaintiff,<br><br>    v.<br><br>STEPHEN SINCLAIR, et al.,<br><br>                    Defendants. | Case No. C19-05045-DGE-TLF<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation of the Honorable Theresa L. Fricke (Dkt. No. 124). No objections were filed. The Court, having reviewed the Report and Recommendation of the Honorable Theresa L. Fricke, United States Magistrate Judge and the remaining record, hereby finds and ORDERS as follows:

1. The Court ADOPTS the Report and Recommendation (Dkt. No. 124);
2. Plaintiff's motion for an extension to file his response to Defendants' supplemental materials (Dkt. No. 114) is DENIED as moot; and
3. Plaintiff's motion for a preliminary injunction requiring access to stored documents and legal research materials (Dkt. No. 93) is DENIED.

Dated this 30th day of August 2022.

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1

1

2

3   David G. Estudillo
    United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2