1

2

3

4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

5

6

JAMES ANTHONY WILLIAMS,

7

Plaintiff,

8

v.

9

STEPHEN SINCLAIR, et al.,

Defendants.

10

Case No. 3:19-cv-05045-BHS-TLF

ORDER ON PLAINTIFF'S
MOTIONS FOR AN EXTENSION
OF TIME

11    This matter comes before the Court on two motions filed by plaintiff requesting an

12  extension of time. The first is a request for an extension of time to file replies to

13  plaintiff's motions Dkts. 141, 142, 143, 144, 145. Dkt.153. The second is a request for

14  an extension to file a motion for leave to file an amended complaint. Dkt. 154. For the

15  reasons discussed below the Court denies plaintiff's motion for an extension to file

16  replies to Dkts. 141-145 and grants plaintiff's motion for an extension of time to file a

17  motion to amend.

18    A.  Motion for Extension of Time to File Reply to Dkts. 141-145

19    Plaintiff argues that he needs an extension of time to file replies to his motions

20  Dkts. 141-145. Dkt. 153. However, The Court has already ruled on these motions. *See*

21  Dkt. 152. Therefore, this motion is now moot. Plaintiff additionally requests copies of

22  pleadings 141-150. Dkt. 153. The Court has already informed plaintiff that any party

23  seeking printed copies of the case documents from the court's file must submit a copy

24

25

1   request form to the Clerk and pay the filing fee. Dkt. 152 at 2 fn 1. Plaintiff's motion for

2   an extension of time to file a reply to Dkts. 141-145 is therefore **denied**.

3       B.   Motion for Extension of Time to File Motion for Leave to Amend

4       Plaintiff requests a 10-day extension to file a motion for leave to file an amended

5   complaint. Dkt. 154. Plaintiff states that he needs the additional time because he does

6   not have a blank complaint form. Dkt. 154 at 1-2. He additionally states that he requires

7   additional time because his Autism and ADHD inhibit his ability to focus, comprehend

8   instructions, and finish tasks. Dkt. 154 at 2-3. Defendants do not object to the extension.

9   Dkt. 155 at 2-3. The Court **grants** plaintiff's motion for extension; plaintiff shall file his

10  motion for leave to file an amended complaint on or before **April 24, 2023**. Plaintiff is

11  directed to follow the Local Civil Rules for the Western District of Washington; in

12  particular, LCR 15.

13      Under LCR 15, when a party moves for leave to amend a pleading, they must:

14      attach a copy of the proposed amended pleading as an exhibit to the motion or
        stipulated motion. The party must indicate on the proposed amended pleading

15      how it differs from the pleading that it amends by bracketing or striking through
        the text to be deleted and underlining or highlighting the text to be added. The

16      proposed amended pleading must not incorporate by reference any part of the
        preceding pleading, including exhibits.

17
18      Additionally, the Clerk is directed to send plaintiff the appropriate forms for filing

19  42 U.S.C. § 1983 civil rights complaint.

20
        Dated this 11th day of April, 2023.

21

22

23      Theresa L. Fricke
        United States Magistrate Judge

24

25