UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES ANTHONY WILLIAMS,<br><br>   Plaintiff,<br>v.<br><br>STEPHEN SINCLAIR, et al.,<br><br>   Defendants. | CASE NO. 3:19-cv-05045-DGE-TLF<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 166) |

The Court, having reviewed de novo the Report and Recommendation (Dkt. No. 166) of Judge Theresa L. Fricke, United States Magistrate Judge, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

1. The Court adopts the Report and Recommendation;

2. Plaintiff's motion for leave to file a fourth amended complaint (Dkt. No. 157) is DENIED; and

3. The Clerk is directed to provide a copy of this Order to Plaintiff and counsel for Defendants.

DATED this 16th day of August 2023.

David G. Estudillo
United States District Judge