1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES ANTHONY WILLIAMS,<br><br>                    Plaintiff,<br><br>    v.<br><br>STEPHEN SINCLAIR, et al.,<br><br>                    Defendant. | CASE NO. 3:19-cv-05045-DGE-TLF<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION<br>(DKT. NO. 197) |

16  The Court, having conducted a de novo review of the Report and Recommendation (Dkt.

17 No. 197) of United States Magistrate Judge Theresa L. Fricke and the remaining record, and

18 there being no objections, hereby finds and ORDERS:

19  (1) The Report and Recommendation is APPROVED and ADOPTED.

20  (2) Plaintiff's motion for a preliminary injunction and a temporary restraining order is

21    DENIED.

22
23
24

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

(3) The Clerk is directed to send copies of this Order to Plaintiff, Magistrate Judge Theresa L. Fricke, and to any other party that has appeared in this action.

Dated this 1st day of September 2023.

David G. Estudillo
United States District Judge

- 2