UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES ANTHONY WILLIAMS, <br><br> Plaintiff, <br><br> v. <br><br> STEPHEN SINCLAIR, et al., <br><br> Defendants. | CASE NO. 3:19-cv-05045-RJB-TLF <br><br> ORDER ON PLAINTIFFS MOTION |

Plaintiff filed a motion "Requesting Court to: File a Revised Version of R & R #204, and Requesting the Court to Charge Dr. Ryan Quirk With Perjury and Have Him Arrested and Put on Trial, and Status Report from Defendants" (Dkt, 214) following the ripeness date of the January 2, 2024, Report and Recommendation of Magistrate Judge Theresa Fricke (Dkt. 204). The motion is without merit, factually and procedurally, does not merit a response and has no effect on the Report and Recommendation or the Court's ruling on it, which follows this Order.

Plaintiff's Motion (Dkt. 214) is hereby DENIED.

ORDER ON PLAINTIFFS MOTION - 1

1   The Clerk is directed to send uncertified copies of this Order to all counsel of record and
2   to any party appearing pro se at said party's last known address.
3   Dated this 4th day of June, 2024.

ROBERT J. BRYAN
United States District Judge