UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES ANTHONY WILLIAMS,

         Plaintiff,

v.

STEPHEN SINCLAIR, et al.,

         Defendants.

Case No. 3:19-cv-05045-RJB-TLF

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, Objections to the report and recommendation and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation (Dkt. 204).

(2)     The objections to the Report and Recommendation do not justify rejection of the Report and Recommendation.

(3)     Defendants' motion for summary judgment (Dkt. 182) is GRANTED.

(4)     Plaintiff's claims challenging his placement and retention in Max custody are hereby dismissed with prejudice.

(5)     Plaintiff's claims challenging the Disruptive Hygiene Behavior Response Protocol are dismissed without prejudice.

(6) The Clerk is directed to provide copies of this order to the parties and the Hon. Theresa L. Fricke.

Dated this 4th day of June, 2024.

_____
ROBERT J. BRYAN
United States District Judge